AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>REINHARDT, STEPHEN R. | 2. Court or Organization<br><br>US COURT OF APPEALS - 9TH CIRCUIT | 3. Date of Report<br><br>08/10/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US CIRCUIT JUDGE (ACTIVE) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |
| 7. Chambers or Office Address<br><br>312 NORTH SPRING STREET<br>ROOM 1747<br>LOS ANGELES, CA 90012 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | TRUSTEE | TRUST #1 |
| 2. | TRUSTEE | TRUST #2 |
| 3. | TRUSTEE | TRUST #3 |
| 4. | CO-TRUSTEE | TRUST #4 |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R. | 08/10/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **REINHARDT, STEPHEN R.** | 08/10/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R. | 08/10/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CITY NATIONAL BANK (CASH) | | None | K | T | | | | | 4, 126 |
| 2. UNION BANK (CASH) | | None | K | T | | | | | 5 |
| 3. CHASE (CASH) (Y) | | | | | | | | | 6, 7 |
| 4. BANK OF THE WEST (CASH) | | None | L | T | | | | | 223 |
| 5. ACLU DEFERRED SALARY PLAN/ TRUST | A | Distribution | N | T | | | | | 30 |
| 6. ACACIA PARTNERS, L.P. | A | Int./Div. | M | U | | | | | 97 |
| 7. POETIC LICENSE PARTNERS, LP | G | Int./Div. | P1 | W | | | | | 98 |
| 8. JOHN HANCOCK LIFE INS CO. - GUARANTEED ANNUITY | D | Int./Div. | L | W | | | | | 8 |
| 9. BROKERAGE ACCOUNT #1 (H) | | | | | | | | | 1 |
| 10. STONNINGTON FDIC INSURED DEPOSITS MONEY MARKET | A | Interest | J | T | | | | | 3 |
| 11. FEDERATED CLOVER VALUE FD CL C 1 (VFCCX) | A | Interest | J | T | | | | | 2 |
| 12. IRA #1 (formerly 7) (H) | | | | | | | | | |
| 13. PERSHING GOVT MONEY MARKET FUNDS | A | Interest | J | T | | | | | |
| 14. AQR LARGE CAP MOMENTUM STYLE FUND (AMOMX) | A | Dividend | J | T | Buy | 04/25/16 | J | | |
| 15. AC ALTERNATIVES EQUITY MARKET (ALHIX) | | None | J | T | Buy | 02/16/16 | J | | |
| 16. BLACKROCK STRATEGIC INCOME OPPT (BSIIX) | A | Dividend | J | T | Buy | 06/21/16 | J | | |
| 17. THORNBURG INTERNATIONAL VALUE FUND CLASS 1 | A | Dividend | J | T | Buy | 04/25/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R. | 08/10/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. VANGUARD BD INDEX TOTAL BD MKT FUND (BND) | A | Dividend | J | T | | | | | |
| 19. VANGUARD SPECIALIZED PORT DIV APPREC FUND (VIG) | A | Dividend | J | T | Sold (part) | 11/23/16 | J | A | |
| 20. RIDGEWORTH SEIX FLOATING RATE HIGH YLD FUND (SAMBX) | A | Dividend | J | T | | | | | |
| 21. MSIF INC INTERNATIONAL FUND (MSIQX) | A | Dividend | J | T | | | | | |
| 22. ISHARES TR 1-3 YR CR BOND ETF FUND (CSJ) (Y) | | | | | | | | | |
| 23. ISHARES TR TIPS BD ETF (TIPS) | A | Dividend | J | T | | | | | |
| 24. ISHARES TR 1-3 YR TREAS BD ETF (SHY) | A | Dividend | J | T | Buy | 04/25/16 | J | | |
| 25. GATEWAY FUND CLASS Y (GTEYX) | A | Dividend | J | T | Sold (part) | 11/23/16 | J | | |
| 26. DRIEHAUS ACTIVE INCOME FUND | | None | | | Sold | 06/21/16 | J | | |
| 27. DRIEHAUS SELECT CREDIT FUND | | None | | | Sold | 02/16/16 | J | | |
| 28. AQR DIVERSIFIED ARBITRAGE FUND | | None | | | Sold | 02/16/16 | J | | |
| 29. PRUDENTIAL JENNISON HEALTH SCIENCES FUND | | None | | | Sold | 06/21/16 | J | | |
| 30. TCW EMERGING MARKETS FUND (TGEIX) (Y) | | | | | | | | | |
| 31. VIRTUS EMERGING MARKETS FUND | | None | | | Sold | 06/21/16 | J | | |
| 32. AMERICAN CENTURY MID CAP VALUE FUND (ACMVX) | A | Dividend | J | T | | | | | |
| 33. SCHWAB FUNDMNTL U.S. LARGE CO FUND (SFLNX) | A | Dividend | J | T | Sold (part) | 04/25/16 | J | A | |
| 34. AQR MANAGED FUTURES STRATEGY FUND (AQMIX) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R. | 08/10/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. LEGG MASON BW ABSOLUTE RETURN FUND (LROIX) | | None | J | T | | | | | |
| 36. RIVERNORTH DOUBLE LINE STRATEGIC INC FUND (RNSIX) | A | Dividend | J | T | | | | | |
| 37. NEUBERGER BERMAN LONG SHORT FUND (NLSIX) | A | Dividend | J | T | Buy (add'l) | 02/16/16 | J | | |
| 38. POWERSHARES EXCHANGE TRADED FD TR II (EELV) | A | Dividend | J | T | Buy | 06/21/16 | J | | |
| 39. SPDR GOLD TR GOLD SHS (GLD) | | None | J | T | Buy | 06/21/16 | J | | |
| 40. NATIONWIDE ACHIEVER VARIABLE ANNUITY (H) | | | | | | | | | |
| 41. NW AMFDS NVIT ASST ALLOC II FUND | | None | M | T | | | | | |
| 42. NW AMFDS NVIT BD II FUND | | None | M | T | | | | | |
| 43. NW AMFDS NVIT GR INC II FUND | | None | M | T | | | | | |
| 44. TRUST #1 (H) | | | | | | | | | |
| 45. STONNINGTON FDIC LIQUID INSURED DEPOSITS | A | Interest | K | T | | | | | 36, 37 |
| 46. NUVEEN LIMITED TERM MUNI BOND (FLTRX) | A | Dividend | K | T | Buy (add'l) | 03/29/16 | J | | |
| 47. | | | | | Sold (part) | 06/21/16 | K | A | |
| 48. | | | | | Buy (add'l) | 10/14/16 | J | | |
| 49. | | | | | Sold (part) | 11/15/16 | J | | |
| 50. RIDGEWORTH SEIX FLOATING RATE HIGH YLD FUND | A | Dividend | | | Sold | 03/29/16 | K | | |
| 51. TCW EMERGING MARKETS FUND (TGEIX) | B | Dividend | K | T | Buy (add'l) | 03/29/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R. | 08/10/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 06/10/16 | J | | |
| 53. | | | | | Sold (part) | 11/15/16 | J | | |
| 54. AMERICAN FUNDS, THE TAX EXEMPT BOND FUND OF AMERICA (TEAFX) | C | Dividend | M | T | Buy (add'l) | 03/29/16 | K | | 44 |
| 55. | | | | | Sold (part) | 04/12/16 | J | A | |
| 56. | | | | | Buy (add'l) | 04/25/16 | K | | |
| 57. | | | | | Sold (part) | 06/10/16 | J | A | |
| 58. | | | | | Sold (part) | 06/21/16 | J | A | |
| 59. | | | | | Buy (add'l) | 10/14/16 | J | | |
| 60. | | | | | Sold (part) | 11/15/16 | K | A | |
| 61. VANGUARD SPECIALIZED PORT DIV APPREC FUND | B | Dividend | L | T | Sold (part) | 03/29/16 | L | E | |
| 62. | | | | | Sold (part) | 04/12/16 | J | A | |
| 63. | | | | | Buy (add'l) | 10/14/16 | J | | |
| 64. | | | | | Sold (part) | 11/15/16 | K | D | |
| 65. VIRTUS EMERGING MARKETS FUND | | None | | | Sold (part) | 03/29/16 | J | | |
| 66. | | | | | Sold | 06/21/16 | K | | |
| 67. SCHWAB FUNDMNTL U.S. LARGE CO FUND (SFLNX) | D | Dividend | M | T | Buy (add'l) | 03/29/16 | K | | |
| 68. | | | | | Sold (part) | 04/12/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R. | 08/10/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 04/25/16 | K | | |
| 70. | | | | | Sold (part) | 06/10/16 | J | B | |
| 71. | | | | | Buy (add'l) | 10/14/16 | K | | |
| 72. | | | | | Sold (part) | 11/15/16 | K | D | |
| 73. AQR MANAGED FUTURES STRATEGY FUND (AQMIX) | A | Dividend | L | T | Buy (add'l) | 03/29/16 | K | | |
| 74. | | | | | Sold (part) | 04/12/16 | J | | |
| 75. | | | | | Buy (add'l) | 06/10/16 | J | | |
| 76. | | | | | Sold (part) | 06/21/16 | J | | |
| 77. | | | | | Buy (add'l) | 10/14/16 | J | | |
| 78. | | | | | Sold (part) | 11/15/16 | J | | |
| 79. LEGG MASON BW ABSOLUTE RETURN FUND (LROIX) | | None | K | T | Buy (add'l) | 03/29/16 | J | | |
| 80. | | | | | Sold (part) | 11/15/16 | J | | |
| 81. RIVERNORTH DOUBLE LINE STRATEGIC INC FUND (RNSIX) | C | Dividend | K | T | Buy (add'l) | 03/29/16 | J | | |
| 82. | | | | | Sold (part) | 06/10/16 | J | | |
| 83. | | | | | Buy (add'l) | 10/14/16 | J | | |
| 84. | | | | | Sold (part) | 11/15/16 | J | | |
| 85. ASTON FAIRPOINTE MID CAP FUND | | None | | | Sold | 03/29/16 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R. | 08/10/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. AQR MOMENTUM FUND CLASS L (AMOMX) | C | Dividend | M | T | Buy (add'l) | 03/29/16 | K | | |
| 87. | | | | | Sold (part) | 04/12/16 | J | | |
| 88. | | | | | Sold (part) | 04/25/16 | K | | |
| 89. | | | | | Sold (part) | 06/10/16 | J | | |
| 90. | | | | | Buy (add'l) | 10/14/16 | J | | |
| 91. | | | | | Sold (part) | 11/15/16 | K | | |
| 92. BERWYN FUND | | None | | | Sold | 03/29/16 | K | | |
| 93. EAGLE SMALL CAP GROWTH FUND CLASS I | A | Dividend | L | T | Buy | 03/29/16 | L | | |
| 94. | | | | | Sold (part) | 04/25/16 | J | A | |
| 95. | | | | | Sold (part) | 06/10/16 | J | A | |
| 96. | | | | | Buy (add'l) | 06/21/16 | J | | |
| 97. | | | | | Buy (add'l) | 10/14/16 | J | | |
| 98. | | | | | Sold (part) | 11/15/16 | K | C | |
| 99. INVESCO DEVELOPING MARKETS FUND (GTDYX) | A | Dividend | L | T | Sold (part) | 03/29/16 | K | | |
| 100. | | | | | Sold (part) | 04/12/16 | J | | |
| 101. | | | | | Sold (part) | 04/25/16 | K | | |
| 102. | | | | | Sold (part) | 06/10/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R. | 08/10/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 11/15/16 | J | | |
| 104.  ISHARES TR TIPS BD ETF (TIP) | A | Dividend | K | T | Buy | 06/21/16 | K | | |
| 105. | | | | | Sold (part) | 06/21/16 | J | | |
| 106. | | | | | Buy (add'l) | 10/14/16 | J | | |
| 107.  HARBOR INT'L FUND (HAINX) | B | Dividend | L | T | Buy (add'l) | 03/29/16 | K | | |
| 108. | | | | | Sold (part) | 04/25/16 | K | | |
| 109. | | | | | Buy (add'l) | 06/21/16 | J | | |
| 110. | | | | | Buy (add'l) | 10/14/16 | J | | |
| 111. | | | | | Sold (part) | 11/15/16 | J | | |
| 112.  HARBOR HIGH YIELD BOND FUND (HYFAX) | B | Dividend | K | T | Buy (add'l) | 03/29/16 | J | | |
| 113. | | | | | Sold (part) | 06/21/16 | J | | |
| 114. | | | | | Sold (part) | 11/15/16 | J | | |
| 115.  INVESCO INTL SMALL COMPANY | | None | | | Sold | 03/29/16 | L | | |
| 116.  JOHN HANCOCK DISCIPLINED VALUE (JVMIX) | A | Dividend | L | T | Buy | 03/29/16 | L | | |
| 117. | | | | | Sold (part) | 04/25/16 | J | A | |
| 118. | | | | | Sold (part) | 06/10/16 | J | A | |
| 119. | | | | | Buy (add'l) | 10/14/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 11/15/16 | K | B | |
| 121. T. ROWE PRICE INTERNATIONAL (PRIDX) | A | Dividend | L | T | Buy | 03/29/16 | K | | |
| 122. | | | | | Sold (part) | 06/10/16 | J | A | |
| 123. | | | | | Buy (add'l) | 10/14/16 | J | | |
| 124. | | | | | Sold (part) | 11/15/16 | J | A | |
| 125. SPDR GOLD TR GOLD SHS (GLD) | | None | K | T | Buy | 06/21/16 | K | | |
| 126. | | | | | Buy (add'l) | 10/14/16 | J | | |
| 127. | | | | | Sold (part) | 11/15/16 | J | | |
| 128. VIRTUS FOREIGN OPP FUND | | None | | | Sold (part) | 04/12/16 | J | A | |
| 129. | | | | | Sold (part) | 04/25/16 | K | B | |
| 130. | | | | | Sold (part) | 06/10/16 | J | A | |
| 131. | | | | | Sold | 06/21/16 | L | B | |
| 132. KEELEY SMALL CAP VALUE FUND | | None | | | Sold | 03/19/16 | L | | |
| 133. AMERICAN CENTURY INTMDT TAX FREE BOND FUND (TWTIX) | C | Dividend | M | T | Buy (add'l) | 03/29/16 | K | | |
| 134. | | | | | Sold (part) | 04/12/16 | J | A | |
| 135. | | | | | Buy (add'l) | 04/25/16 | K | | |
| 136. | | | | | Sold (part) | 06/21/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 12 of 19

**Name of Person Reporting**

REINHARDT, STEPHEN R.

**Date of Report**

08/10/2017

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 10/14/16 | J | | |
| 138. | | | | | Sold (part) | 11/15/16 | K | | |
| 139. AQR INTERNATIONAL EQUITY FUND CLASS i | B | Dividend | L | T | Buy | 06/21/16 | L | | |
| 140. | | | | | Buy (add'l) | 10/14/16 | J | | |
| 141. | | | | | Sold (part) | 11/15/16 | J | A | |
| 142. VANGUARD INTL EQUITY INDEX FDS FTSE (VGK) | B | Dividend | L | T | Buy | 04/25/16 | L | | |
| 143. | | | | | Buy (add'l) | 06/21/16 | J | | |
| 144. | | | | | Buy (add'l) | 10/14/16 | J | | |
| 145. | | | | | Sold (part) | 11/15/16 | J | | |
| 146. VANGUARD SCOTTSDALE FDS | A | Dividend | | | Sold | 04/25/16 | L | B | |
| 147. TRUST #2 (H) | | | | | | | | | |
| 148. STONNINGTON FDIC LIQUID INSURED DEPOSITS (Y) | | | | | | | | | 100 |
| 149. AMERICAN FUNDS, GLOBAL BALANCED (GBLCX) | B | Dividend | M | T | | | | | |
| 150. TRUST #3 (H) | | | | | | | | | |
| 151. STONNINGTON FDIC LIQUID INSURED DEPOSITS | A | Interest | J | T | | | | | 103, 104 |
| 152. AQR LARGE CAP MOMENTUM STYLE FUND (AMOMX) | A | Dividend | J | T | Buy | 04/25/16 | J | | |
| 153. AQR DIVERSIFIED ARBITRAGE FUND | | None | | | Sold | 02/16/16 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R. | 08/10/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. AQR MANAGED FUTURES STRATEGY FUND (AQMIX) | A | Dividend | K | T | Sold (part) | 01/21/16 | J | | |
| 155. | | | | | Buy (add'l) | 02/16/16 | J | | |
| 156. AC ALTERNATIVES EQUITY MARKET (ALHIX) | | None | J | T | Buy | 02/16/16 | J | | |
| 157. | | | | | Buy (add'l) | 04/25/16 | J | | |
| 158. BLACKROCK STRATEGIC INCOME OPPT (BSIIX) | A | Dividend | K | T | Buy | 06/21/16 | K | | |
| 159. DRIEHAUS SELECT CREDIT FUND | | None | | | Sold | 02/16/16 | K | | |
| 160. DRIEHAUS ACTIVE INCOME FUND | A | Dividend | | | Sold | 06/21/16 | K | | |
| 161. GATEWAY FUND CLASS Y (GTEYX) | A | Dividend | K | T | Sold (part) | 01/21/16 | J | A | |
| 162. | | | | | Sold (part) | 04/14/16 | J | A | |
| 163. ISHARES TR TIPS BD FD (TIP) | A | Dividend | J | T | Sold (part) | 04/14/16 | J | A | |
| 164. ISHARES TR BARCLAYS 1-3 YR TSRY BOND FUND | A | Dividend | | | Sold | 04/25/16 | J | | |
| 165. LEGG MASON BW ABSOLUTE RETURN FUND (LROIX) | | None | J | T | Sold (part) | 04/14/16 | J | | |
| 166. MSIF INC INTERNATIONAL FUND (MSIQX) | A | Dividend | J | T | Sold (part) | 04/14/16 | J | A | |
| 167. | | | | | Sold (part) | 04/25/16 | J | A | |
| 168. NUVEEN LIMITED TERM MUNI BOND CLASS A (FLTRX) | A | Dividend | K | T | Sold (part) | 04/14/16 | J | | |
| 169. | | | | | Buy (add'l) | 04/25/16 | J | | |
| 170. PRUDENTIAL JENNISON HEALTH SCIENCES FUND | | None | | | Sold (part) | 04/14/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R. | 08/10/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold | 06/21/16 | J | A | |
| 172. RIDGEWORTH SEIX FLOATING RATE HIGH YLD FUND (SAMBX) | A | Dividend | J | T | | | | | |
| 173. TCW EMERGING MARKETS FUND (TGEIX) | A | Dividend | J | T | | | | | |
| 174. AMERICAN FUNDS, THE TAX EXEMPT BOND FUND OF AMERICA (TEAFX) | A | Dividend | J | T | Sold (part) | 01/21/16 | J | A | 118 |
| 175. | | | | | Sold (part) | 04/14/16 | J | A | |
| 176. THORNBURG INTERNATIONAL VALUE FUND CLASS I (TGVIX) | A | Dividend | J | T | Buy | 04/25/16 | J | | |
| 177. VANGUARD SPECIALIZED PORT DIV APPREC FUND (VIG) | A | Dividend | K | T | Buy (add'l) | 01/21/16 | J | | |
| 178. | | | | | Sold (part) | 02/14/16 | J | A | |
| 179. | | | | | Sold (part) | 02/16/16 | J | B | |
| 180. VANGUARD INTMDT TERM TAX EXEMPT BOND FUND (VWIUX) | A | Dividend | J | T | Sold (part) | 01/21/16 | J | A | |
| 181. | | | | | Sold (part) | 04/14/16 | J | A | |
| 182. VIRTUS EMERGING MARKETS FUND | | None | | | Sold | 06/21/16 | J | | |
| 183. AMERICAN CENTURY MID CAP VALUE FUND (ACMVX) | A | Dividend | J | T | Sold (part) | 04/14/16 | J | A | |
| 184. RIVERNORTH DOUBLE LINE STRATEGIC INC FUND (RNSIX) | A | Dividend | J | T | Sold (part) | 04/14/16 | J | | |
| 185. SCHWAB FUNDMNTL U.S. LARGE CO FUND (SFLNX) | A | Dividend | J | T | Sold (part) | 04/14/16 | J | A | |
| 186. | | | | | Sold (part) | 04/25/16 | J | B | |
| 187. NEUBERGER BERMAN LONG SHORT FUND (NLSIX) | A | Dividend | J | T | Buy (add'l) | 02/16/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R. | 08/10/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold (part) | 04/14/16 | J | | |
| 189. | | | | | Sold (part) | 04/25/16 | J | | |
| 190. POWERSHARES EXCHANGE TRADED FD TR II (EELV) | A | Dividend | J | T | Buy | 06/21/16 | J | | |
| 191. SPDR GOLD TR GOLD SHS (GLD) | | None | J | T | Buy | 06/21/16 | J | | |
| 192. TRUST #4 (H) | | | | | | | | | |
| 193. STONNINGTON FDIC LIQUID INSURED DEPOSITS | A | Interest | J | T | | | | | 128, 129 |
| 194. AQR LARGE CAP MOMENTUM STYLE FUND CLASS I (AMOMX) | A | Dividend | J | T | Buy | 04/26/16 | J | | |
| 195. | | | | | Sold (part) | 06/21/16 | J | | |
| 196. AQR MANAGED FUTURES STRATEGY FUND (AQMIX) | A | Dividend | K | T | Sold (part) | 01/21/16 | J | A | |
| 197. | | | | | Buy (add'l) | 02/16/16 | J | | |
| 198. | | | | | Buy (add'l) | 04/21/16 | J | | |
| 199. AC ALTERNATIVES EQUITY MARKET NEUTRAL FUND INVESTOR CLASS (ALHIX) | | None | J | T | Buy | 02/16/16 | J | | |
| 200. | | | | | Buy (add'l) | 04/26/16 | J | | |
| 201. BLACKROCK STRATEGIC INCOME OPPT PORTFOLIO FUND CL I (BSIIX) | A | Dividend | K | T | Buy | 06/21/16 | K | | |
| 202. PRUDENTIAL JENNISON HEALTH SCIENCES FUND | | None | | | Sold | 06/21/16 | J | | |
| 203. SCHWAB FUNDMNTL U.S. LARGE CO FUND (SFLNX) | A | Dividend | J | T | Sold (part) | 04/26/16 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 204. VANGUARD SPECIALIZED PORT DIV APPREC FUND (VIG) | A | Dividend | K | T | Sold (part) | 04/21/16 | J | A | |
| 205. | | | | | Sold (part) | 07/21/16 | J | A | |
| 206. DRIEHAUS SELECT CREDIT FUND | | None | | | Sold | 02/16/16 | J | | |
| 207. MSIF INC INTERNATIONAL FUND (MSIQX) | A | Dividend | J | T | Buy (add'l) | 01/21/16 | J | | |
| 208. | | | | | Sold (part) | 04/26/16 | J | A | |
| 209. VIRTUS EMERGING MARKETS FUND | | None | | | Sold | 06/21/16 | J | | |
| 210. AQR DIVERSIFIED ARBITRAGE FUND | | None | | | Sold | 02/16/16 | J | | |
| 211. AMERICAN CENTURY MID CAP VALUE FUND (ACMVX) | A | Dividend | J | T | | | | | |
| 212. DRIEHAUS ACTIVE INCOME FUND | | None | | | Sold (part) | 02/16/16 | J | A | |
| 213. | | | | | Sold | 06/21/16 | K | | |
| 214. GATEWAY FUND CLASS Y (GTEYX) | A | Dividend | K | T | Sold (part) | 11/22/16 | J | A | |
| 215. LEGG MASON BW ABSOLUTE RETURN FUND (LROIX) | | None | J | T | | | | | |
| 216. NEUBERGER BERMAN LONG SHORT FUND (NLSIX) | A | Dividend | J | T | Buy (add'l) | 02/16/16 | J | | |
| 217. | | | | | Sold (part) | 04/26/16 | J | A | |
| 218. NUVEEN LIMITED TERM MUNI BOND CLASS A (FLTRX) | A | Dividend | | | Buy (add'l) | 04/26/16 | J | | |
| 219. | | | | | Sold | 06/21/16 | J | B | |
| 220. RIDGEWORTH SEIX FLOATING RATE HIGH YLD FUND (SAMBX) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 221. RIVERNORTH DOUBLE LINE STRATEGIC INC FUND (RNSIX) | A | Dividend | J | T | | | | | |
| 222. TCW EMERGING MARKETS FUND (TGEIX) | A | Dividend | J | T | | | | | |
| 223. AMERICAN FUNDS, THE TAX EXEMPT BOND FUND OF AMERICA (TEAFX) | A | Dividend | J | T | | | | | 206 |
| 224. THORNBURG INTERNATIONAL VALUE FUND CLASS I (TGVIX) | A | Dividend | J | T | Buy | 04/26/16 | J | | |
| 225. VANGUARD INTMDT TERM TAX EXEMPT BOND FUND (VWIUX) | A | Dividend | J | T | | | | | |
| 226. ISHARES TR TIPS BD FD (TIP) | A | Dividend | J | T | | | | | |
| 227. ISHARES TR BARCLAYS 1-3 YR TSRY BOND FUND | | None | | | Sold | 04/26/16 | J | A | |
| 228. POWERSHARES EXCHANGE TRADED FD TR II (EELV) | A | Dividend | J | T | Buy | 06/21/16 | J | | |
| 229. SPDR GOLD TR GOLD SHS (GLD) | | None | J | T | Buy | 06/21/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R. | 08/10/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In Part VII, assets are now reported by account. Account numbers have been removed from the descriptions in Column A, and other identifying information, such as mutual fund families and financial institutions for cash accounts have been added. These minor adjustments do not reflect changes in assets. In some instances, references to line numbers in the prior report have been included in Column D(5) to assist with the transition to this revised format.

Part VII, line 8: No underlying investments.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ STEPHEN R. REINHARDT**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544